MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>SERGIO ZACARIAS LOPEZ;<br>AKA SERGIO LOPEZ/LOPEZ;<br>AKA SERGIO LOPEZ CARDENAS,<br><br>             Defendant. | CASE NO. 1:25-CR-00036-JLT-SKO<br><br>ORDER TO UNSEAL CASE |

Good cause appearing due to the defendant's pending initial appearance in this case, it is ordered that the Indictment and other court filings in the case be UNSEALED.

IT IS SO ORDERED.

Dated:  **March 20, 2025**                      /s/ Erica P. Grosjean
                                                                    UNITED STATES MAGISTRATE JUDGE

2