IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>　v.<br><br>SERGIO ZACARIAS LOPEZ;<br>AKA SERGIO LOPEZ/LOPEZ;<br>AKA SERGIO LOPEZ CARDENAS,<br><br>　　Defendant. | CASE NO.  1:25-cr-00036-JLT-SKO<br><br>ORDER FOR DISMISSAL |

The Court hereby orders that Count Seven of the indictment in case number 1:25-cr-00036-JLT-SKO, filed on February 27, 2025, be DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.

　Dated:　**March 26, 2025**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1