HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
SERGIO LOPEZ-LOPEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:25-cr-00036-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE; |
| vs. | |
| SERGIO LOPEZ-LOPEZ, | |
| Defendant. | |

　　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Calvin Lee, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for Sergio Lopez-Lopez, that the status conference currently scheduled for July 30, 2025, at 1:00 p.m. may be continued to October 29, 2025, at 1:00 p.m.

　　　　The parties agree and stipulate, and request that the Court find the following. Initial discovery has been provided in this matter, which includes 24,768 pages of material. The defense is in the process of reviewing this voluminous discovery, discussing the discovery with his client, and researching and investigating all aspects of this case. In order to continue review of the discovery and investigation into this matter, the parties are in agreement to continue this matter to October 29, 2025, for a further status conference.

　　　　The requested continuance will conserve time and resources for the parties and the Court. Counsel for defendant believes that failure to grant the above-requested continuance would deny

him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The government does not object to the continuance.

Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period from July 30, 2025, to October 29, 2025, inclusive, is deemed excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i), (ii) and (iv) because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

Respectfully submitted,

KIMBERLY SANCHEZ
Acting United States Attorney

Date: July 22, 2025                         */s/ Calvin Lee*
                                            CALVIN LEE
                                            Assistant United States Attorney
                                            Attorney for Plaintiff


                                            HEATHER E. WILLIAMS
                                            Federal Defender

Date: July 22, 2025                         */s/ Reed Grantham*
                                            REED GRANTHAM
                                            Assistant Federal Defender
                                            Attorneys for Defendant
                                            SERGIO LOPEZ-LOPEZ

**O R D E R**

In light of the Defendant's arraignment on March 20, 2025, the parties' request to continue the status conference from July 30, 2025, to October 29, 2025, at 1:00 p.m. is GRANTED. Time is excluded through October 29, 2025, pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv). The status conference currently scheduled for July 30, 2025, at 1:00 p.m. is hereby continued to October 29, 2025, at 1:00 p.m.

The parties *shall* be prepared to set a mutually agreeable trial date at the next status conference.

IT IS SO ORDERED.

Dated:   **July 24, 2025**          /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE