ERIC GRANT
United States Attorney
CALVIN LEE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:25-CR-00036-JLT-SKO |
| Plaintiff, | STIPULATION AND ORDER REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT AND SETTING TRIAL DATE |
| v. | |
| SERGIO LOPEZ-LOPEZ, | DATE: February 4, 2026 |
| Defendant. | TIME: 1:00 p.m. COURT: Hon. Sheila K. Oberto |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for status on February 4, 2026.

2.     By this stipulation, defendant now moves to vacate the status conference, set a trial date of February 17, 2027, and to exclude time between February 4, 2026, and February 17, 2027, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

a)     The government has represented that the discovery associated with this case includes investigation reports, the Defendant's statements, and voluminous financial records from multiple financial institutions going back several years. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

STIPULATION REGARDING EXCLUDABLE TIME PERIODS
UNDER SPEEDY TRIAL ACT AND SETTING TRIAL DATE

1

b)      The government is engaged in productive plea negotiations with the defendant. Counsel for defense desires additional time to consult with his client and discuss both pre-trial resolution with his client. As part of the pre-trial resolution process, counsel for defense requires additional time to conduct financial transaction and asset investigations in a foreign country, the result of which could result in an expeditious resolution of this case.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of February 4, 2026 to February 17, 2027, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  January 28, 2026

ERIC GRANT
United States Attorney


/s/ CALVIN LEE
CALVIN LEE
Assistant United States Attorney

STIPULATION REGARDING EXCLUDABLE TIME PERIODS
UNDER SPEEDY TRIAL ACT AND SETTING TRIAL DATE

2

Dated:  January 28, 2026                    /s/ Reed B. Grantham
                                            Reed B. Grantham
                                            Counsel for Defendant
                                            SERGIO LOPEZ-LOPEZ


**ORDER**


IT IS SO ORDERED.

Dated:    **January 28, 2026**                    /s/ *Sheila K. Oberto*
                                            UNITED STATES MAGISTRATE JUDGE